# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| STACIA HARTWELL, as Guardian Ad Litem for JRH, a minor,<br>            Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>            Defendant. | Case No. EDCV 12-01652 (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the decision of the Commissioner is affirmed and that the Complaint is dismissed.

DATED: April 30, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1