# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

STACIA HARTWELL, as Guardian Ad Litem for JRH, a minor,
    Plaintiff,
v.
MICHAEL J. ASTRUE, Commissioner of Social Security,
    Defendant.

Case No. EDCV 12-01652 (SH)

JUDGMENT

IT IS ADJUDGED that the decision of the Commissioner is affirmed and that the Complaint is dismissed.

DATED: April 30, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1